# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Yunior De Jesus Figueroa-Hurtado, | No. CV-26-02316-PHX-AMM (JFM) |
| Petitioner, | **ORDER** |
| v. | |
| Todd M Lyons, et al., | |
| Respondents. | |

On April 4, 2026, Petitioner filed his Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 challenging his immigration detention under *Zadvydas v. Davis*, 533 U.S. 678 (2001), and arguing he was redetained without due process. (Doc. 1.) The Court directed Respondents to show cause why the Petition should not be granted. (Doc. 4.) In their Response, Respondents state:

> Undersigned counsel is unable to ascertain sufficient facts to establish that there is a "significant likelihood of removal in the reasonably foreseeable future." *Zadvydas v. Davis*, 533 U.S. 678, 701 (2001). Accordingly, Respondents do not oppose Petitioner's request for release at this time.

(Doc. 6.)

The Court accepts this concession as non-opposition to granting Petitioner's habeas corpus Petition as to his *Zadvydas* claim.

Accordingly,

**IT IS ORDERED** that Petitioner's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 as to his *Zadvydas* claim is **GRANTED**. (Doc. 1.)

**IT IS FURTHER ORDERED** that Respondents shall **immediately** release Petitioner from DHS custody.

**IT IS FURTHER ORDERED** that Respondents shall provide a notice of compliance within two days of releasing Petitioner from DHS custody.

**IT IS FURTHER ORDERED** that any pending motions are denied as moot and the Clerk of Court shall enter judgment in Petitioner's favor and close this case.

Dated this 13th day of April, 2026.

_____
Honorable Angela M. Martinez
United States District Judge

- 2 -